AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ NEW JERSEY

UNITED STATES OF AMERICA
V.
Joshua Newman

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 15-6127

I, _____ Joshua Newman _____, charged in a ☐ complaint ☐ petition pending in this District _____ New Jersey _____

in violation of _____ 18: _____, U.S.C., _____ 1343 & 2 _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a _____ ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_____
Defendant

5/21/15
Date

_____
Counsel for Defendant