UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| v. | : | Mag. No. 15-6127 (SCM) |
| JOSHUA BRYCE NEWMAN | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on a joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Paul Murphy, Assistant U.S. Attorney, appearing), and defendant Joshua Bryce Newman, for an order granting a continuance of the proceedings in the above-captioned matter to allow the parties time to discuss a potential pre-indictment disposition of this matter, and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), and the defendant and his counsel being aware that he has the right to have this matter presented to a Grand Jury within thirty (30) days of his arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) This case is one of significant complexity, and defendant has requested an additional period of time for his counsel to become better acquainted with the case;

(2) Plea negotiations currently are in progress, and both the United States and defendant desire additional time to conduct such discussions to determine whether a pre-indictment disposition of this matter may be achieved, which would thereby render grand jury proceedings and any subsequent trial of this matter unnecessary;

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 10th day of June, 2015.

ORDERED that this action be, and hereby is, continued for a period of time from the date of this order through and including August 18, 2015; and it is further

ORDERED that the period from the date this Order is entered, to and including August 18, 2015, shall be excluded in calculating the time within which the matter must be presented to a Grand Jury under the Speedy Trial Act

SEEN AND AGREED:

*(signature)*

Paul A. Murphy
Assistant U.S. Attorney

*(signature)*

Eric Kanefsky, Esq.
Counsel for Defendant Joshua Bryce Newman

*(signature)*

HONORABLE STEVEN C. MANNION
United States Magistrate Judge

15-6127